15 CRIM 185

## REQUEST FOR COURT ACTION / DIRECTION

15 CRIM 18

TO:        Jim Molinelli
           Docket Clerk

OFFENSE: Conspiracy to Distribute and Possess with Intent to Distribute Heroin, (21 U.S.C. 846).

ORIGINAL SENTENCE: Seventy-Six (76) Months followed by Five (5) Years Supervised Release.

FROM:      Noah Joseph
           U.S. Probation Officer

SPEC. CONDITIONS: The defendant shall refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter, as directed by the probation officer. The defendant shall participate in a program approved by the Probation Office for substance abuse, which program may include residential treatment and testing to determine whether the defendant has reverted to the use of drugs or alcohol, with partial cost to be paid by the defendant, all as directed by the probation officer. The defendant shall pay for the support of his minor children in any amount ordered by any social service agency or court of competent jurisdiction. In the absence of any such order, payments are to be made on a schedule to be determined by the Court at the inception of supervision, based on defendant's financial circumstances. Any balance that remains unpaid on the special assessment at the inception of supervision shall be paid by the defendant in installments of not less than $50.00 per month, until paid in full. Said payments shall commence sixty (60) days after defendant's supervision begins. The defendant shall obtain a job skill. $100. SAF.

AUSA: To Be Assigned

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 2 5 2015

RE:        Melvin Wylie
           Docket # 2:04CR00016-8

DATE OF SENTENCE:   09/30/04

DATE:      March 20, 2015

ATTACHMENTS:   JUDGMENT X

Wylie, Melvin                          -2-                          Dkt:# 2:04CR00016-8

## REQUEST FOR JUDICIAL ASSIGNMENT

On September 30, 2004, the above-mentioned individual was sentenced as outlined above in the Eastern District of Virginia, by the Honorable Raymond A. Jackson, U.S. District Judge.

On March 17, 2015, we received a letter from the Eastern District of Virginia, advising that the court had signed the Transfer of Jurisdiction Probation Form 22 ordering Mr. Wylie's transfer to the Southern District of New York. At this time we are requesting that this case be assigned to a Judge in the Southern District of New York for acceptance of transfer of jurisdiction.

Enclosed are four (4) original forms of the Transfer of Jurisdiction Probation Form 22. Upon completion, please return the four (4) original Form 22's as they are required for both districts to complete the transfer.

Your assistance in this matter is greatly appreciated. Should you have any questions or concerns, please contact the undersigned officer.

Respectfully submitted,

Michael J. Fitzpatrick
Chief U.S. Probation Officer

By: _Noah Joseph_
Noah Joseph
U.S. Probation Officer
212-805-5185

Approved By: _Enid Febus_
Enid Febus
Supervising U.S. Probation Officer